In the Matter of Leopold A. Meyer.— Appeal dismissed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John Morrison, Appellant, v. Elverton R. Chapman and Others, Respondents.— Appeal dismissed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bridget Keegan, as Administratrix, etc., of Michael Keegan, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of the Transfer Tax upon the Estate of Robert Scott, Deceased. The Comptroller of the State of New York, Appellant; Robert A. Scott and William Scott, Administrators, etc., of Robert Scott, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. (Ingraham, P. J., and Dowling, J., dissented.)

John Schubert, Respondent, v. Sigfried Arnold and George A. Einstein, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Nathaniel L. McCready, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Jacob Schneider and Joseph Maletzky, Appellants, v. Emil Goldfinger, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

United Merchants' Realty and Improvement Company, Respondent, v. Abraham Glassheim, Appellant, Impleaded with Nathan Glassheim.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Lena Sternschuss, Respondent, v. City of New York, Appellant, Impleaded with Interborough Rapid Transit Company.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. (Clarke, J., dissented and voted for a reduction of rental and fee damage.)

Louis Reichenbach and Others, Appellants, v. Harry Kottler, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Katherine Nelson, Repondent, v. A. H. Woods Productions Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Joseph J. O'Donohue, Jr., Respondent, v. William W. Gibbs, Appellant.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.